**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| CHINA CORNICI CO., LTD., and RAOPING HONGRONG HANDICRAFTS CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Before: Jane A. Restani, Judge<br><br>Court Nos. 23-00216 & 23-00217 |

**JUDGMENT**

This case, having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

ORDERED, ADJUDGED, and DECREED that the Final Results of Redetermination Pursuant to Court Remand, Court No. 23-216, ECF No. 66-1 (May 1, 2026) and Final Results of Redetermination Pursuant to Court Remand, Court No. 23-217, ECF No. 59-1 (May 1, 2026) are **SUSTAINED**.

/s/ Jane A. Restani
Jane A. Restani, Judge

Dated: September 23, 2026
New York, New York